## CAUSE NO. 73,269

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF BRAZORIA COUNTY, TEXAS |
| | § | |
| NAJMA PARKER | § | 300TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
4/13/2015 2:47:47 PM
CHRISTOPHER PRINE
Clerk

### MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **BYRON KEITH WATSON**, Attorney for Defendant, **NAJMA PARKER**, and files this Motion for New Trial and in support thereof would show unto this Honorable Court as follows:

### I.

The Defendant, NAJMA PARKER was convicted in the instant case on March 20, 2015 of the offense of Habitual Thief. The Defendant, NAJMA PARKER was subsequently sentenced to Two (2) years, STATE JAIL in the Texas Department of Corrections-Institutional Division. This Motion is timely in that less than Thirty (30) days have elapsed since the Trial Court imposed the sentence in this case.

### II.

The Defendant, NAJMA PARKER is this case should be granted a New Trial because the Court Imposed Sentence was *contrary to the evidence presented* or *was of such a manner inconsistent with a fair expression of justice* to Defendant, NAJMA PARKER.

WHEREFORE, PREMISES CONSIDERED, the Defendant, NAJMA PARKER hereby specifically request that the court grant an actual hearing on the Motion in the instant case; and subsequent to the hearing Defendant, NAJMA PARKER be restored to the position she was in before the trial on this case.

Respectfully submitted,
LAW OFFICE OF BYRON KEITH WATSON

_____
**BYRON KEITH WATSON**
One Arena Place, Suite 580
7322 Southwest Freeway
Houston, Texas 77074
(713) 771-8777 (Phone)
bkwlaw@msn.com

## AFFIDAVIT

BEFORE ME, on this the 9th day of April, 2015 personally appeared BYRON KEITH WATSON who being duly sworn on oath, says:

"I am the Attorney for the Defendant, NAJMA PARKER in this cause; I have read the above Motion for New Trial and it is all true and correct to the best of my knowledge."

_____
Byron Keith Watson

| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

This document was acknowledged before me on the 7th of April, 2015 by Byron Keith Watson.

_____
Notary's Signature
Notary Public, State of Texas
Notary's Printed Name: KELLIE L. RICHARD
Notary Seal:

KELLIE RICHARD
Notary Public
STATE OF TEXAS
My Comm. Exp. September 27, 2018

My Commission Expires: 9/27/18

CAUSE NO. 73,269

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF BRAZORIA COUNTY, TEXAS |
| | § | |
| NAJMA PARKER | § | 300TH JUDICIAL DISTRICT |

## FIAT

IT IS HEREBY ORDERED that the above Motion for New Trial shall be heard on the _____ day of April, 2015 at ___ o'clock _.m.

_____
HONORABLE JUDGE PRESIDING

RECEIVED

APR 1 0 2015

Rhonda Barchak
Brazoria County
District Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and corrected copy of the foregoing was delivered to The State of Texas by depositing same in a U.S. Depository marked certified mail, return receipt requested, facsimile or by hand delivery on this the ___10th___ day of ___April___, 2015.

BYRON KEITH WATSON